UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
_____x

In Re:                                    Chapter 13

Aron and Raquel Klein                Case # 09-22937

_____x

                                       Adversary Case No 09-08262

Aron and Raquel Klein
    Plaintiff,

vs

JP Morgan Chase, National Association
Washington Mutual
    Defendant.
_____x

## Notice of Dismissal

Please take notice that this action is discontinued without prejudice as to the Defendants JP Morgan Chase, National Association Washington Mutual.


/s/ Joshua N. Bleichman
Joshua N. Bleichman, Esq.
Attorney for Plaintiff
Law Office of Bleichman and Klein
268 Route 59 10977
(845) 425-2510

1

# CERTIFICATE OF SERVICE

I, Joshua N. Bleichman, affirm under the penalties of perjury that I am not a party to this action and I am over the age of 18 years old. I served the within Notice of Dismissal on November 3, 2009, by depositing a true copy thereof by ECF or a post-paid wrapper, placing it in an official depository under the exclusive care and custody of the US Postal Service within the State of New York, first class mail, addressed to:

Mr. Jay Teitelbaum Esq.
Teitelbaum & Baskin, LLP
JP Morgan Bank
Mortgage Banking Corporation
3 Barker Ave. 3rd Floor
White Plains, NY 10601


    /s/ Joshua N. Bleichman
Joshua N. Bleichman