**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
——————————————————————x

| | |
|---|---|
| **In Re:** | **Chapter 13** |
| **Aron and Raquel Klein** | **Case No. 09-22937-rdd** |

——————**Debtor,**——————————x

**Aron and Raquel Klein**
    **Plaintiff,**
    **vs**                              **Adversary Pro. No 09-08262**

**JP Morgan Chase, National Association**
**Washington Mutual**
——————**Defendant,**——————————x

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for plaintiff and defendant JP Morgan Chase, National Association Washington Mutual, represented by Jay Teitelbaum in the above-captioned action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of the action, that the above entitled action and all claims, counterclaims, cross claims and/or motions that were or could have been made herein are hereby dismissed against JP Morgan Chase, National Association without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(ii), in all forums, without costs to any party as against any other, and with each party bearing its own legal costs and expenses.

       **IT IS HEREBY FURTHER AGREED,** that this stipulation may be filed, without further notice, with the Court and may be executed by facsimile.

Dated: June 21, 2010
Spring Valley, NY

| | |
|---|---|
| TEITELBAUM & BASKIN LLP | BLEICHMAN & KLEIN |
| | |
| By:/s/Jay Teitelbaum | By:/s/Joshua N. Bleichman |
| Jay Teitelbaum | Joshua N. Bleichman |
| | |
| Teitelbaum & Baskin LLP | Bleichman & Klein |
| 3 Barker Avenue | 268 Route 59 West |
| Third Floor | Spring Valley, NY 10977 |
| White Plains, NY 10601 | Fax: (845) 425-7362 |
| Fax : 914 437 7672 | Attorney for Plaintiff |
| Attorney for Defendant | |

| | |
|---|---|
| **SO ORDERED:** | /s/Robert D. Drain |
| Dated:  June 22, 2010 | Hon. Robert D. Drain, USBJ |